IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA YOUNG, et al., | : | Civil Action No.  3:07-cv-00854 |
| Plaintiffs | : | |
| | : | (Judge Brann) |
| v. | : | |
| | : | |
| BRUCE SMITH, | : | |
| Defendant | : | |

**ORDER**
March 21, 2016

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT:

1. Defendant Bruce Young's Motion to Reopen Discovery and Compel the Deposition of Plaintiff Megan Young (ECF No. 547) is GRANTED. The deposition of Megan Young shall be limited to two hours, take place at a location reasonably convenient to Ms. Young, and be conducted prior to April 30, 2016, as to not impact the trial scheduled for July 2016.

2. Defendant Bruce Young's Motion to Amend/Correct Caption (ECF No. 549) is GRANTED. The caption on all further docket entries shall state the plaintiff as "Megan Young."

BY THE COURT:

<u>/s Matthew W. Brann</u>
Matthew W. Brann
United States District Judge