IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MEAGAN YOUNG, | : | CIVIL ACTION – LAW |
| | : | |
| Plaintiff | : | JURY TRIAL DEMANDED |
| | : | |
| v. | : | |
| | : | |
| BRUCE H. SMITH, JR., | : | |
| | : | |
| Defendant. | : | NO.  07-854 |

## AFFIDAVIT OF PATRICIA YOUNG

1. I, Patricia Young, am over the age of 18, and am competent to make this statement.

2. Meagan Young was a minor when I brought this lawsuit, and I had difficulty finding a lawyer to represent us.

3. It took traveling to Luzerne County from Monroe County to find Attorney Pollick who agreed to take the case on contingency.

I understand that false statements herein are made subject to penalties of perjury. I attest to the best of my knowledge the aforementioned correct.

_Patricia Young_                _7/12/16_
Patricia Young                     Date

1