**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

MEAGAN YOUNG,              :       No. 3:07-CV-00854
                                :
          Plaintiff,           :       (Judge Brann)
                                  :
    v.                            :
                                  :
BRUCE H. SMITH, JR.,          :
                                  :
          Defendant.       :

## <u>ORDER</u>

**AND NOW**, this 20th day of June 2017, **IT IS HEREBY ORDERED** that:

1.  The Court will hold an evidentiary hearing and oral argument on Plaintiff's Motion for Attorney's Fees, ECF No. 635, on **July 13, 2017 at 10:00 a.m.** in Courtroom One, Fourth Floor, United States Courthouse and Federal Building, 240 West Third Street, Williamsport, Pennsylvania, 17701.

2.  At the time of the proceeding, both parties may submit to the Court three (3) copies of a concise Table of Authorities, listing the legal sources upon which they plan to rely.

3.  At that time, both parties may also submit to the Court three (3) complete exhibit lists and three (3) complete sets of exhibits for the

Court's use, in addition to the original copies that will be offered into evidence, if any. The Court's standard exhibit list template is attached to this Order. The lists and any accompanying exhibits shall be contained in tabbed 3-ring binders. At the conclusion of the proceeding, counsel shall be responsible for assuming custody of all of the original copies of their exhibits.

4.    In addition, at the time of the hearing, both parties should be prepared to address whether counsel for Plaintiff's fee request in excess of $727,000.00, which seeks fees and costs for portions of the litigation that were necessitated by her own vexatious conduct, as against defendants that she ultimately did not prevail, for certain expenses previously held unrecoverable by judges of this Court, and relative to a total settlement of $25,000.00, violates Federal Rule of Civil Procedure 11.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

**Caption:** _____          **Page:** _____ of _____

**Case No.:** _____

**Date:**        _____

## EXHIBIT LIST

| Completed by Counsel | | Completed by Courtroom Deputy | | |
|---|---|---|---|---|
| Exhibit No. (P/D-#) | Exhibit Description | Date Identified | Date Admitted | Witness |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |