# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MEAGAN YOUNG, | : | No.: 3:07-CV-00854 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| BRUCE H. SMITH, JR., | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this 6th day of September 2017, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Motion for Attorney's Fees, ECF No. 635, submitted by Cynthia L. Pollick, Esquire, is **DENIED**.

2. Ms. Pollick's Motion for Attorney's Fees has violated Federal Rule of Civil Procedure 11. Accordingly, Ms. Pollick will be sanctioned in the amount of $25,000.00 for that violation.

3. Ms. Pollick's Motion for Attorney's Fees has independently violated 28 U.S.C. § 1927. Accordingly, Ms. Pollick will be sanctioned in the amount of $25,000.00 for that violation.

4. Because Ms. Pollick's Rule 11 and § 1927 violations stem from the same conduct, the two fines will run **CONCURRENTLY**.

5. Accordingly, Ms. Pollick shall pay **$25,000.00 in total** to the Clerk of Court of the United States District Court for the Middle District of Pennsylvania **no later than 30 days from the date of this Order.**

6. The Clerk of Court is directed to serve a copy of the Court's Memorandum and Order upon Paul J. Killion, Chief Disciplinary Counsel, Office of Chief Counsel, Pennsylvania Judicial Center, 601 Commonwealth Avenue, Suite 2700, P.O. Box 62485, Harrisburg, Pennsylvania 17106, and close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge