The Employment Law Firm  
Cynthia L. Pollick, LLM                                            Attorney for Plaintiff  
I.D. No.: 83826  
363 Laurel Street  
Pittston, PA 18640  
(570) 654-9675  

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MEAGAN YOUNG, | : | CIVIL ACTION – LAW |
| | : | |
| Plaintiff | : | JURY TRIAL DEMANDED |
| | : | |
| v. | : | |
| | : | |
| BRUCE H. SMITH, | : | |
| | : | |
| Defendant | : | NO. 07-854 |

TO THE CLERK:

Notice is hereby given that the sanctions were not paid because an appeal has been taken.

                                            By: s/ Cynthia L. Pollick  
                                            Cynthia L. Pollick, Esquire  
                                            Pa. I.D. No.: 83826  
                                            363 Laurel Street  
                                            Pittston, PA 18640  
                                            (570) 654-9675



**M&T Bank**
Manufacturers and Traders Trust Company
Buffalo, New York 14240

**RETURN ITEM NOTICE**





10-06-17

000000150 FRETXSNTD11006171825 01 000000
CYNTHIA L POLLICK
DBA THE EMPLOYMENT LAW FIRM
363 LAUREL ST
PITTSTON PA 18640

| ITEM NUMBER | AMOUNT | ACTION | SEQUENCE NUMBER |
|---|---|---|---|
| 6008 | 25,000.00 | ITEM RETURNED   - STOP PAYMENT | 008001173614 |

If you have any questions regarding your account, please call your service representative or M&T's QuickLine Department:

PAGE   1 OF   1

L185 (6/97)