UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 17-3190, 17-3201

_____

MEGAN YOUNG

v.

BRUCE H. SMITH, JR.

MEGAN YOUNG;
*CYNTHIA L. POLLICK, ESQ.,
Appellants
*(Pursuant to Rule 12(a), Fed. R. App. P.)

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 3-07-cv-00854)
District Judge: Honorable Matthew W. Brann

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
on May 21, 2018

Before:  McKEE, SHWARTZ, and COWEN, *Circuit Judges.*

_____

JUDGMENT

_____

This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted on May 21, 2018. On consideration whereof,

It is now hereby ORDERED and ADJUDGED by this Court that the Order of the District Court, entered on September 6, 2017, is hereby AFFIRMED. Costs taxed against Appellants. All of the above in accordance with the opinion of the Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: September 25, 2018

**Certified as a true copy and issued in lieu of a formal mandate on**  10/17/18

**Teste:** *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**